# Texas Educator Certificate

*This certifies that*

## Nora Alicia Galvan

*has fulfilled requirements of state law and regulations of the*
*State Board for Educator Certification*
*and is hereby authorized to perform duties as designated below:*

### STANDARD

| Description | Effective Date | Expiration Date | Status |
|---|---|---|---|
| **Principal** | | | |
| Principal Grades (EC-12) | 03/01/2013 | 02/28/2019 | Valid |

### PROVISIONAL

| Description | Effective Date | Expiration Date | Status |
|---|---|---|---|
| Elementary Art Grades (1-8) | 05/11/1980 | Life | Valid |
| Elementary Self-Contained Grades (1-8) | 05/11/1980 | Life | Valid |
| Bilingual/ESL Grades (1-8) | 05/02/1983 | Life | Valid |
| Learning Resources Endorsement Grades (PK-12) | 12/03/1995 | Life | Valid |

### STANDARD

| Description | Effective Date | Expiration Date | Status |
|---|---|---|---|
| Principal Grades (EC-12) | 07/14/2001 | 02/28/2007 | Expired |
| Principal Grades (EC-12) | 03/01/2007 | 02/28/2013 | Expired |

### TEMPORARY

| Description | Effective Date | Expiration Date | Status |
|---|---|---|---|
| Mid-Management Administrator Grades (PK-12) | 03/13/1998 | 03/13/2003 | Expired |

### EMERGENCY PERMIT

| Description | Effective Date | Expiration Date | Status |
|---|---|---|---|

**EXHIBIT A**

| | | | |
|---|---|---|---|
| Learning Resources (Librarian) | 08/05/1994 | 08/31/1995 | Expired |
| Grades (PK-12) | | | |

**Official Record of Certification**
**Sunday, August 28, 2016**

[New Search]   [Close Window]

v4.2